**Dismissed and Opinion Filed November 4, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00933-CR
No. 05-16-00934-CR
No. 05-16-00935-CR
No. 05-16-00936-CR

**LAWRENCE HILL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-00455-Y, F15-00456-Y, F15-00732-Y & F15-14841-Y**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Whitehill
Opinion by Justice Whitehill

Appellant entered pleas of guilty to three counts of attempted burglary of a habitation with intent to commit a felony and one count of attempted theft of property. The trial court accepted appellant's pleas and placed him on deferred adjudication probation for three years in each case. Appellant waived his right to appeal in conjunction with the plea agreements. *See Blanco v. State*, 18 S.W.3d 218, 219-20 (Tex. Crim. App. 2000). The trial court rule 25.2(d) certifications state the cases are plea bargains and appellant has no right to appeal. The certifications are supported by the documents before the Court. *See Dears v. State*, 154 S.W.3d 610, 614-15 (Tex. Crim. App. 2005).

In light of the above, we dismiss these appeals for want of jurisdiction.


        /Bill Whitehill/
        BILL WHITEHILL
        JUSTICE


Do Not Publish
TEX. R. APP. P. 47.2(b)

160933F.U05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

LAWRENCE HILL, Appellant

No. 05-16-00933-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 7, Dallas County, Texas
Trial Court Cause No. F15-00455-Y.
Opinion delivered by Justice Whitehill, Justices Bridges and Lang-Miers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered November 4, 2016.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LAWRENCE HILL, Appellant

No. 05-16-00934-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 7, Dallas County, Texas
Trial Court Cause No. F15-00456-Y.
Opinion delivered by Justice Whitehill,
Justices Bridges and Lang-Miers
participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED** for want of jurisdiction.


Judgment entered November 4, 2016.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LAWRENCE HILL, Appellant

No. 05-16-00935-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 7, Dallas County, Texas
Trial Court Cause No. F15-00732-Y.
Opinion delivered by Justice Whitehill, Justices Bridges and Lang-Miers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered November 4, 2016.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LAWRENCE HILL, Appellant

No. 05-16-00936-CR    V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 7, Dallas County, Texas
Trial Court Cause No. F15-14841-Y.
Opinion delivered by Justice Whitehill, Justices Bridges and Lang-Miers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered November 4, 2016.